

**PRAIRIE STAR**
N A T I O N A L

3965 Bethel Road SE
Suite 1, PMB #1-244
Port Orchard, Washington
Postal Code 98366

**psn@prairiestar.net**

**LAW ADVOCATE**

April 24, 2021

JOHN W. HUBER (7226) agent
JACOB J. STRAIN (12680) agent
UNITED STATES ATTORNEY
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

ROBERT K. HUNT agent
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
46 W BROADWAY STE 110
SALT LAKE CITY, UT 84101

JUDGE DAVID BARLOW agent
UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
351 South West Temple, Rm 1.100
Salt Lake City, Utah 84101

Case No: 2:20-cr-00216

GORDON HUNTER PEDERSEN – **A FORMER MUNICIPAL CITIZEN OF THE FEDERAL  GOVERNMENT, WASHINGTON D. C. Identified as a "Transmitting Utility, account number: 528132245**
**Jurisdiction:  Land/soil of the state of Utah**

Exhibits:    A:  Copy of "Certificate of Berth" - GORDON HUNTER PEDERSEN
             B:  Certified copy of Paramount Claim of Live – Gordon Pedersen
             C:  Durable Power of Attorney – Gordon Pedersen
             D:  President of what?

TO WHOM IT MAY CONCERN:

1  On behalf of our client we are requesting the following documents so we may concluded this case.  As Trustee for the GORDON HUNTER PEDERSEN ESTATE [Transmitting Utility Account No: 528132245; we offer the following disclosure and resolution to the charges put forth in this case:

1. That the MUNICIPAL UNITED STATES OF AMERICA (CORPORATION) provide a certified letter/statement of existence. Since the MUNICIPAL "UNITED STATES" CORPORATE ENTITY, entered it final phase of bankruptcy on November 5, 2020, and no new "contract was issued or renewed" with The United States of America, unincorporated as "Noticed" by Exhibit D: Titled "President of what?"

2. Gordon Hunter: Pedersen is an American National, and is NOT ANY KIND of U. S. Citizen or a MUNICIPAL UNITED STATES CITIZEN. The UNITED STATES DISTRICT COURT OF UTAH has mis-identified Gordon Hunter: Pedersen as "GORDON HUNTER PEDERSEN, an individual".

   It is NOT POSSIBLE for GORDON HUNTER PEDERSEN to be "an individual" IT IS a "corporate entity"; a juristic Person created by the MUNICIPAL GOVERNMENT. The MUNICIPAL UNITED STATES DISTRICT COURT may do what it deems appropriate, in addition to pursuing any remedy against the GORDON HUNTER PEDERSEN ESTATE.

3. Accordingly, we provide the recourse of with drawing any and all reference to Gordon Hunter: Pedersen as being the same as the "Slave entity GORDON HUNTER PEDERSEN". Gorden Hunter: Pedersen stands under Public Law… and since the Utah state Assembly is now in full session, and as of October 1, 2020 the State of Utah has been "officially enrolled as a "State of the Union"; there is no grounds for any presumption of anything regarding the status of Gordon Hunter: Pedersen.

4. That, we, on behalf of our Client, ask the MUNICIPAL UNITED STATES DISTRICT COURT, and the Plaintiff, the UNITED STATES OF AMERICA, and it's Agents, this question: "Did any entity or agent of the court, or the did the Plaintiff "DISCLOSE" to Gordon Hunter: Pedersen that he WAS NOT the GORDON HUNTER PEDERSEN named as "Defendants"?

Respectfully;

**Prairie Star National**

By: *K Allen: Goulet – Agent-Trustee*
Without Prejudice – All Rights Reserved



### CERTIFICATE OF LIVE BIRTH



DATE ISSUED:

**MARCH 05, 2021**

STATE FILE NUMBER:

**146-1959-045017**

FIRST AND MIDDLE NAME(S):

**GORDON HUNTER**

LAST NAME(S):

**PEDERSEN**

DATE OF BIRTH:

**SEPTEMBER 09, 1959**

SEX:

**MALE**

PLACE OF BIRTH (CITY, COUNTY, STATE):

**KING COUNTY, WASHINGTON**

MOTHER'S NAME PRIOR TO FIRST MARRIAGE:

**MARYANN HUNTER**

MOTHER'S PLACE OF BIRTH:

**TEXAS**

MOTHER'S AGE:

**23 YEARS**

FATHER'S NAME:

**GAYLEN PEDERSEN**

FATHER'S PLACE OF BIRTH:

**UTAH**

FATHER'S AGE:

**25 YEARS**

DATE FILED:

**SEPTEMBER 23, 1959**

FEE NUMBER:

**121602062**

NOT VALID IF PHOTOCOPIED OR ALTERED

# Paramount Claim of the Life
## and the Estate of the Gordon Hunter Pedersen

### Born September 9, 1959 in Seattle, Washington
### Gaylen Pedersen AND Mary Ann
### Wedded Sunday, February 25, 1917
### Cedar Hills, Utah, The United States of America

Whereas I, the living man known as :Gordon: Hunter Pedersen , am the result of the life and love and physical embodiment of my parents, the living man known as Gaylen Pedersen and the living woman known as Mary Ann Hunter (née Mary Ann) who were lawfully wedded in Cedar Hills, UT in the calendar year 1917, now therefore I am their living Son from the moment of conception and from the first combining of their unique genetic code to create my unique genetic code and my zygote in support of my physical embodiment then and now, and as I am the only true and surviving inheritor, I hereby publish my claim and recording of the facts:

> The Afterbirth composed of a placenta, umbilical cord, and fetal tissues which accompanied me into this world and which was in possession of my DNA was never a viable separate living organism and was instead a portion of my flesh akin to any hair, skin, or other representation of my genetic content, that was not abandoned, not donated, and not returned to me or my parents for burial. No separate estate, living status, ownership interest or death apart from my own life may be claimed in behalf of the Afterbirth or other waste resulting from my birth, from my shedding of hair, my shedding of skin, the deposit of my fingerprints or any other DNA-containing substance whatsoever.

I hereby establish my Paramount Claim upon my unique DNA as the only lawful and living inheritor thereof from the moment of my conception forward and I also publish my nullification of any claim of ownership or material interest in my DNA based upon samples procured from any bodily waste or substance for any purpose.

As witness to my claims, I here affix the Signature and Seal of my Lawful Person, retaining all rights and prerogatives thereof: So signed and sealed the _29_ day of the month of April and the year of 2020.

by: _Gordon Hunter Pedersen_ © Living Soul.
:Gordon: Hunter Pedersen© All Rights Reserved.

Utah County )
Utah State )

### Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.

This Paramount Claim of the Life and the Estate of Gordon Hunter Pedersen is valid, true, correct and complete in all jurisdictions of law: air, land, and sea. So signed and sealed this _29_ day of the month of April and the year of 2020.

_Gordon : Hunter Pedersen_ ©

### Recording Secretary and International Notarial Witness

I, a Recording Secretary and International Notarial Witness approved by the Utah Assembly, hereby affirm that the American State National has been positively identified and I have witnessed their signing of this Paramount Claim of the Life and the Estate of :Gordon: Hunter Pedersen.

By: _Chen G-McKim_

# DURABLE-POWER-OF-ATTORNEY

## Granted by:

### Gordon Hunter: Pedersen -- the flesh & blood living man

The flesh & blood, living man, an American state National-Citizen, a naturalized citizen of the state of Washington, whose **jurisdiction is the land & soil** of the state of Utah, does by his own free will, by Contract with Prairie Star National Trust, make the following Declaration.

As the "Donor & Beneficiary" of the ESTATE of "GORDON H. PEDERSEN, I have appointed **Prairie Star National Trust** as Trustee of the Estate and certify that I have executed a "Contract" and a "UCC-1 Financial Statement & Security Agreement" which have been recorded, where the Beneficiary has been designated, and is held in a private document.

That I, the flesh & blood living soul, by Contract, have appointed **Prairie Star National Trust** as the exclusive Trustee, whereas NO STATE OFFICERS, OFFICIALS, ATTORNEY'S, JUDGES OR ANY OTHER MUNICIPAL EMPLOYEE OR OFFICE HOLDER may act as Administrator, Trustee or Beneficiary for the GORDON H. PEDERSEN Estate.

**By Private Contract, and as the "Donor & Exclusive Beneficiary" of the Estate;** and the holder-in-due-course of all the assets of the Estate, have appointed as my Agent:

**My Agent:** By Contract, I choose **Prairie Star National Trust** as my Agent with full authority to manage all my "business & financial" affairs.

**Trustee:** I also appoint **Prairie Star National Trust** as Agent & Trustee, of the GORDON H. PEDERSEN, Account #528132245, with full authority to manage all the financial and business affairs of the Trust.

The effective date of this Power of Attorney is March 2, 2021. This Power of Attorney shall remain in effect until canceled or rescinded by the Administrators of my Estate.

Acknowledged this _17_ day of March 2021.

By: _Gordon Hunter Pedersen_ ©
Gordon Hunter: Pedersen, the living man
Without Prejudice -- All Rights Reserved

MCCORD MECHAM
Notary Public - State of Utah
Comm. No. 202282
My Commission Expires on
Sep 10, 2022

State (UT )
County (UT )

I, _McCord Mecham_ a Notary Public was visited today by the man known to me to be _Gordon Hunter: Pedersen_ and he did affirm and sign this Durable Power of Attorney in my presence.

By: _McCord Mecham_ Notary Public; My commission expires _September 10, 2022_

# PRAIRIE STAR

NATIONAL

3965 Bethel Road SE
Suite 1, PMB #1-244
Port Orchard, Washington
Postal Code 98366

psn@prairiestar.net

**LAW ADVOCATE**

April 15, 2021

Open Letter to:   **Whom it may Concern:**

Subject: **President of What?**

1.  We have received many questions recently, regarding the legal status, in reference to American National/Citizens, pertaining to the "MUNICIPAL STATE OF _____"...., including the status of MUNICIPAL COURTS.

Municipal courts continue to function, as "United States Citizen" are in fact "Municipal Citizens"... you will recognize "Municipal Citizens" by the appearance of the name... JOHN Q. PUBLIC... the infamous ALL CAPITAL TEXT NAME...

The historical "conversion" took place in 1933..., and we have been led to believe we are **"surety"** for the "juristic corporate Person" by "contract". An American National/Citizen IS NOT any kind of "U. S. Citizen or Citizen of the UNITED STATES (a Citizen created by congress)", therefore for those who have "corrected their political status, are not subject to the thousands of Municipal laws and codes.

The attached "Global Post of Anna Von Reitz" provides a clear understanding of the important elements, in an easy to understand format.

2.  What the Municipal Courts fail to recognize and continue to exploit actual American Citizens by attempting to "proceed with the presumption" that an "American National – Citizen, is in fact the same as the ALL CAPITAL TEXT NAME, created by the government, after the proper name.

In addition, since we have corrected the "presumption of status", that is declaring our status as American National/Citizens, then completing the "Mandatory Notice" - Foreign Sovereign Immunities Act, Section 1605 and 1607, moving our "all capital text name" onto the "land & soil" jurisdiction, we have effectively removed IT out of their "sea jurisdiction".

3.  What the courts fail to recognize is "THE UNITED STATES OF AMERICA is a bankrupt corporation, and the fact of the matter is that, all LAW is "Technically a Civilly Dead Entity without standing in law to sue or make complaint AGAINST ANYONE!

In the Western States, we DO NOT have an actual functioning state government... what we have is a "FEDERAL STATE OF _____" acting as the actual state government. ALL MUNICIPAL STATE OF _____ are also bankrupt and are only operating/functioning under the "false belief" that they possess the authority to act on behalf of our actual state.

4. It is an established fact that the UNITED STATES FEDERAL GOVERNMENT has been dissolved by the **Emergency Banking Act,** as of March 9, 1933, 48 Stat. 1. Public Law 89-719; declared by President Roosevelt... being bankrupt and insolvent.

The receivers of the "United States Bankruptcy" are international bankers, via the United Nations, the World Bank and the International Monetary Fund. ALL United States Offices (have been mothballed so to speak, until some where around 2014, when our actual United States of America, unincorporated came back to life) have been operating as a "de facto status" government "service corporation".

On November 5, 2020, the MUNICIPAL CORPORATE GOVERNMENT, took it's final breath. It is bankrupt and done! With that end, also came the end to ALL THE CORPORATE FRANCHISES, known as the "STATE OF WASHINGTON", "STATE OF UTAH", etc... These franchises were NEVER our actual state government, but simply an extension of the Federal Government, acting as our state government.

5. The biggest question is, when JOE BIDEN became the "President elect"... he was elected to: **THE PRESIDENT OF WHAT?...** The Municipal Corporation he aspired to become president of... DIED MANY YEARS AGO..., but was finally given an unceremonious burial on November 5, 2020.

States, Counties, and Courts are scurrying to re-brand themselves to have the appearance of a legitimacy. That fact of the matter is, A BANKRUPT ENTITY..,(Only corporate entities can declare bankruptcy) does not have ANY LAWFUL STANDING... They cannot sue..., or be sued... THEY ARE CIVILLY DEAD!

The lust for "power and control", beginning with the inception of the central banking system, have controlled the fate of nearly every nation on earth. Our time has come to take back what they have stolen from us... the American People. THIS IS A DIFFERENT KIND OF WAR..., it is our freedom we are after... NO LONGER can, nor are we as American's, willing to allow our very existence (our labor and assets) to be use to fund the wars of the world, nor are we willing to allow any element of this system to rape and steal what belongs to every hard working American.


Respectfully;

Prairie Star National

By: *K Allan: Goulet - Sr Trustee* ©

Without Prejudice – All Rights Reserved

# President of What?

By Anna Von Reitz



If you have been reading my posts or following along at all, what is Joe Biden now "President" of?

Another Municipal Corporation formed by himself and Nancy Pelosi and a few other bad actors.

So what? We don't have a contract with their new corporation. It's an entirely foreign entity. Foreign owned. Foreign operated.

And they can't have access to our money.

We have a contract with the Holy See called The Constitution of the United States, but that is a different matter entirely.

Now that the actual American Government is in Session, and the Municipal United States Government has been found guilty of fraud and violation of contract, it's time for their paws to get out of our pockets, and for the Pope to pay his own program expenses.

Also time for him to Cease and Desist any pretense that Americans are Municipal citizens of the United States just because his minions confer a gift citizenship on us--- that we don't want or need--- without our knowledge or consent.

We recognize the fraud for what it is, and accept the gift and return it to a permanent domicile on the land and soil of The United States. We dry dock it and take control of it. Now the foreign VESSEL is ours and under our Public Law. It has been re-flagged and all Municipal Employees are obligated to recognize these facts.

To give you an analogy, it would be like Mexico conferring Mexican citizenship on you and then claiming that you owe Mexican taxes. It's obvious fraud, and once you recognize the fraud, they are helpless to overcome it.

So now you know what to think and say next time the "Mexican police" --- aka, the IRS, FBI, CIA, FEMA, MATANUSKA-SUSITNA BOROUGH, etc., come snooping around and pretending that you are a Mexican.

Habla non Espanol.
This is just an analogy. It could be the Canadian Government trying to pull the same trick on you.... and under their Roman Civil Law, as long as you are deceived by this nonsense, you are fair game.

After all, if you don't know who you are, that you are an American, and if you don't have sense enough to object to their presumptions, if you don't bring your own government into Session and self-govern---- heck, who is to fault if they think you are a Mexican?

Instead of thinking of that THING in Washington, DC, as "your" government, which it most certainly is not and never was---- think of it as a foreign embassy sitting on your soil--- because in essence, that is what it is.

We already told the Chinese that they can come collect all the property on the "one mile square" in recoupment of the debts "the US" owes them, and be welcome to dump it all in the Atlantic, for all we care.

It's not our capitol. It's not our debt. It's not our carnival sideshow. And Joe Biden is not our President.

And as for the rest, the Municipality sits in the middle of another foreign entity, the District of Columbia, which is controlled by the Territorial Government --- and is run by the United States Armed Forces.

Having been fully informed of the fraud committed against Americans the Territorial Government (Military) has encamped around the Washington, DC Municipality to (1) keep the peace and (2) enforce the constitutional limitations of the Municipal Government.

This is causing great consternation, but it's okay. Everyone who took my advice and formed their State Assembly and all those who are "coming home" every day and joining their State Assemblies are sitting in the cat-bird seat and our country is perfectly safe.

The criminals who plotted all this are either: (a) long since dead, or (b) on their way to jail or (c) locked down in Washington, DC.

Just steer the course forward, depend on the military and the Church leaders to catch up with the nogoodniks, and do your Public Duty to Self-Govern. That will help President Trump more than you could possibly know.

Go to: https://theamericanstatesassembly.net/ and weigh in today.

Expect that the Territorial (Military) Government will also be in a transition of its own, as it reorganizes as a republic and no longer operates as a Municipal CORPORATION. Be aware that governments at the Territorial level around the world will be making similar changes.

We need to keep our noses in our baileywick and keep on doing our Public Duty to operate our State Assemblies and open our State Courts to serve our people. At that point, everything becomes much simpler for everyone. The Public Law once again becomes accessible for every American, the Constitutions click back into place and we all avoid a great deal of nastiness.

Learn all that you can about your own history.

And don't mistake "US History" as being "American History" any longer.

------------------------------

See this article and over 2900 others on Anna's website here: www.annavonreitz.com

To support this work look for the PayPal buttons on this website.

# A Useful Screed, But.... An Important Edit



By Anna Von Reitz

I have run across this particular article on numerous occasions over the years and it is indeed a very useful and enlightening article, except for two really grave semantic errors that are repeated ----the part where the writer claims that there are "no Judicial Courts in America" and again, where they claim that there are "no Judges in America".

If we are going to give people a solid education and reliable guides, it's important that we get it right and pay close enough attention to our reader's inexperience to describe the context of what we are really saying.

A better way to explain the situation is that there are no Judicial Courts in the Federal Government. All the Judicial Courts are supposed to be in America, instead. Our Forefathers kept every iota of authority and ownership related to the land and soil of our States inviolate. So when they created the Federal Government to operate in the foreign jurisdictions of the sea and air, they didn't create any Federal Judicial Courts. Why would they? They were not allowing the foreign Federal Government to enter their jurisdiction nor letting them exercise any authority over them and their assets at home on the land and soil of their States, therefore, the Federal Government had no need for any Judicial Courts.

There was only one exception: The Supreme Court of The United States. You will note that to this day, the Supreme Court Justices are the only "Justices" in the Federal System. This first and only Supreme Court was supposed to provide oversight for Federal Government operations and to act as a faithful interpreter of the Constitutions for the members of the Federal Congress, the Territorial Congress, and the Municipal Congress.

Instead, with the incapacity of the States of America following the Civil War, this Supreme Court fell into disuse, a separate Territorial United States Supreme Court and later, a separate Municipal United States Supreme Court began operations under slightly different names. As these two subcontractors, Territorial and Municipal, fell into the obvious malpractice of unilaterally amending their own Constitutions, the intended role of the one Supreme Court faded away and the remaining institution(s) became increasingly political.

In 1991, the Municipal United States Congress moved to eviscerate what was left of the Constitutional Federal Judiciary, by amending the Federal Judge's Oath to make it meaningless and to remove any obligation of the Federal Judges to render decisions "agreeable" to the Constitutions. In this way, whatever power that remained vested in the Federal Judiciary as a whole was undermined and frittered away upon the discretion of individual Judges, rendering the Judicial Branch of the Federal Government ineffective and unable to mount any credible restraining influence upon the members of Congress. The Checks and Balances built into the Federal System were thus eroded and the People of this country betrayed.

No greater duty of reform is set before us than the overturning and repeal of this infamous Congressional meddling with the requirements of the Federal Judge's Oath.

So, instead of there being "no Judicial Courts in America", in fact, all the Judicial Courts are in America-- and the situation is just the opposite of what the writer assumes. All Judicial Courts are in America and none are vouchsafed to the Federal Government except for the One Supreme Court which is not functioning as intended, and that is the way it has been since the very beginning.

This is an important distinction and one that has to be thoroughly understood by Americans in search of Justice in this country. The return of our Judicial Courts to full operation will automatically signal the shut down and withdrawal of all the foreign federal military and maritime courts. The issue has already been decided by Milligan Ex Parte in 1863. All we have to do is kick-start Old Bessie and get our own Judicial Courts organized and serving the people again, at which point the admiralty courts and administrative tribunals have already agreed to retract back to their natural limited status and stop trying to gain false jurisdiction over us "out of necessity".

Once again, people, we have to govern ourselves, or someone else will do it for us.

The other incorrect meme in this article is the statement that there are "no Judges in America". There are Judges in America --- far too many of them, in fact. Our Judicial Courts are run by Justices, but because we've stupidly let so many of our Judicial Courts fall silent, there are precious few Justices to serve the people who claim their birthright political status as American State Nationals and American State Citizens. I know, because I am one of those few Justices.

The title "Judge" is, in our American system of government, unique to the Federal United States courts and their jurisdictions, not ours, with the exception of the Postal District Court Judges, who are obliged to enforce the laws of the the land jurisdiction of our country and to enforce the international and global laws affecting the land jurisdiction owed to our States of the Union.

So, contrary to what this writer says, there are scads of Judges in America, most of whom should not be here.

These Federal and Federal franchise State of State Statutory Courts are taking up the work of the largely vacated Judicial Courts and striving to keep control of the situation by impersonating Americans so as to draw them into the foreign jurisdictions of the admiralty and statutory courts.

On one side of the issue, this is a worthy above-and-beyond service--- they are, after all, for the most part, protecting us from murderers, armed robbers, rapists, and other violent criminals.

On our side of the issue, however, they are operating under color of law, prosecuting Americans under known false legal presumptions, and abusing their positions of trust to defraud and pillage us. These are still foreign "carpetbagger courts" and they are still milking and bilking Americans under completely fraudulent premises.

The take-home message for Americans is to take exception and exercise the exemptions and protections owed to you as non-combatant civilians, and meantime, get off your duffs and take up the work of self-governance: correct and record your political status as American State Nationals and American State Citizens, join your State Assembly, educate yourselves, and take up the work of operating your own Judicial Courts.

Our Judicial Courts are simple to operate, all our land and soil Law is based on The Ten Commandments, there have to be actual Injured Parties presenting their own issues (the one exception being when the victims of crimes are too disabled to present their own case, or dead, in which case, the Public Prosecutor takes over in their behalf), and the jury is "king". Not the Justice.

In our Judicial Courts, juries have the unequivocal right of jury nullification. If an American Jury finds a law repugnant, unjust, impractical, or unworkable, it is free to nullify the law, as if it never was. In this way, Americans have insured themselves against legislative error and injustice, and have maintained their sovereignty. But with the lapse and relative scarcity of Judicial Courts and growing public ignorance, the foreign admiralty and commercial and administrative courts have crept in and raised both Hell and Havoc.

When Americans complain about these foreign courts they need only reflect that if they got busy and organized and educated themselves, they wouldn't be under the thumb and at the mercy of these increasingly corrupt federal and federated state-of-state courts.

Another fundamental difference that lies between our Justices and their Judges is the role they play in the respective courts --- Justices ensure a level playing field, fair rules of evidence, and keep the proceedings in order under the rules of Due Process. At the end of the proceedings, the jury renders a decision and the Justice reads it --- a process called "pronouncement". That's it. The Justice in an American Judicial Court doesn't address the facts or interpret the Law; the jury does all that. This is because in our courts, the people are sovereign and the juries in America literally act as the king.

This is in stark opposition to what goes on in a Statutory Court, where in fact the Judge acts as a Hired Jurist paid to interpret and enforce the statutory law in one of four possible specific venues and capacities. The Judge takes over the place of king and decides everything and the function of the jury is in the manner of a group of corroborating Witnesses, paid to sit and listen and nod their heads.

The only power that such a jury has is the power of "voiding error". If some jurors absolutely disagree with the conclusions of the Judge, they can void the judgement and the findings are inconclusive. Unless the Judge agrees that an error has been made (which is a rare occurrence, as this requires them to admit that they made an error) the whole issue can be re-tried.

Alternatively, if the Prosecutors bringing a claim are shown to deliberately lie or misrepresent material fact or to lie about the applicable statute or fail to bond the case or, or, or.... the Judge in a Statutory Court can throw the whole case out the door "with prejudice" and the issue cannot be raised again. If the procedure is not air-tight, the case is not air-tight, which is why procedure takes up such a dismal amount of time and attention in Statutory Court — the object is to acquit the Judge, not to guarantee Justice.

We saw an example of this in the Bundy Case where Federal Agents outright lied and misrepresented fact, and the Judge reacted by throwing the whole thing out the door with prejudice. They endangered her by lying to her, so she was well-justified in this reaction, which just happened to serve the cause of justice, too.

With these caveats and insights as to where our American Judicial Courts exist and who is supposed to be operating them, and also the reasons why Judges (who should be relatively rare) are over-running America like lemmings on a stampede, read on:

## RIGHTS THAT CANNOT BE TAKEN AWAY.
## We are NOT U.S. CITIZENS
**STATUTES ARE NOT LAW -- TO BE CONVICTED UNDER A STATUTE YOU MUST HAVE MY CONSENT. We do NOT GIVE OUR CONSENT EVER.** We are NOT U.S. CITIZENS, i.e. We are living Souls and not a dead entity written in all upper-case letters on a piece of paper or bond paper being claimed as a vessel owned by another living or dead entity.

A "STATUTE" is NOT a law! Flournoy v. First National Bank of Shreveport, 197 LA 1057. 3 So.2d 244, 248.

A "CODE" is NOT a law! In Re Self v. Rhay, Wn 2d 261, in point of fact in law.

A concurrent or "joint resolution of legislature is NOT "Law". Koenig v. Flynn, 258 N.Y. 292, 179 N.E. 705, 707; Ward v. State, 176 OKL. 368, 56 P.2d 136, 137; State ex rel. Todd v. Yelle, 7 Wash. 2d 43, 110, P.2d 162, 165).

STATUTE. Black's Law Dictionary. 4th Edition. The written will of the legislature, solemnly expressed according to the forms prescribed in the constitution; an act of the legislature.

U.S. SUPREME COURT DECISION -- The common law is the real law, the Supreme Law of the land, the codes, rules, regulations, policy and statutes are "not the law". Self v. Rhay, 61 Wn (2d) 261.

U.S. SUPREME COURT DECISION -- ALL codes, rules, and regulations are for government authorities ONLY, not human/Creators in accordance with God's Laws. All codes, rules and regulations are unconstitutional and lacking due process..." Rodriques v. Ray Donavan, U.S. Department of Labor, 769 F.2d, 1344, 1348 (1985).

Supreme Court 1796- This decision has never been overturned:
United States Supreme Court Decision from 1796- [Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.] "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent."

"There are NO Judicial Courts in America and have not been since 1789. "Judges" do NOT enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. FRC v. GE, 281 U.S. 464 Keller v. Potomac Elec. Co., 261 U.S. 428 1 Stat. 138-178"

"There have NOT been any "Judges" in America since 1789. There have only been Administrators. FRC v. GE, 281 U.S. 464 Keller v. Potomac Elec. Co., 261 U.S. 428 1 Stat. 138-178"

"The Supreme Court has warned, "Because of what appears to be Lawful commands [Statutory Rules,

Regulations and -codes--ordinances- and Restrictions] on the surface, many citizens, because of their respect for what appears to be law, are cunningly coerced into waiving their rights, due to ignorance... [deceptive practices, constructive fraud, barratry, legal plunder, conversion, and malicious prosecution in inferior administrative State courts]." (United States v. Minker, 350 U.S. 179, 187, 76 S.Ct. 281, 100 L.Ed. 185 (1956);"

"The Common Law is the real law, the Supreme Law of the land. The codes, rules, regulations, policy and statutes are "not the law." (Self v. Rhay, 61 Wn 2d 261). They are the law of government for internal regulation, not the law of man, in his separate but equal station and natural state, a sovereign foreign with respect to government generally.

"A concurrent or 'joint resolution' of legislature is not "Law," (Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705, 707; Ward v State, 176 Okl. 368, 56 P.2d 136, 137; State ex rel. Todd v. Yelle, 7 Wash.2d 443, 110 P.2d 162, 165).

All codes, rules, and regulations are for government authorities only, not human/Creators in accord with God's Laws. "All codes, rules, and regulations are unconstitutional and lacking due process of Law.." (Rodriques v. Ray Donavan, U.S. Department of Labor, 769 F.2d 1344, 1348 (1985)); ...lacking due process of law, in that they are 'void for ambiguity' in their failure to specify the statutes' applicability to 'natural persons,' otherwise depriving the same of fair notice, as their construction by definition of terms aptly identifies the applicability of such statutes to "artificial or fictional corporate entities or 'persons', creatures of statute, or those by contract employed as agents or representatives, departmental subdivisions, offices, officers, and property of the government, but not the 'Natural Person' or American citizen immune from such jurisdiction of legalism."

"A "Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248).

A "Code' or Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248),"

"A "Code' is not a Law," (In Re Self v Rhay Wn 2d 261), in point of fact in Law)." http://www.soaringspirit.us/expression_the_Grand.html

PRAIRIE
STAR
NATIONAL

3965 Bethel Road #244
Port Orchard,
Washington
Postal Code 98366



U.S. POSTAGE PAID
FCM LG ENV
SOUTH COLBY, WA
98384
MAY 18, 21
AMOUNT
$1.60
R2305E1 25406-07



TACOMA PSR 983    1080
TUE 18 MAY 2

DAVID BARLOW
US DIST. COURT
351 S. West Temple Rm 1-100
SLC, UT 84101