GORDON HUNTER PETERSEN
Name

C/O U.S. DEPARTMENT OF THE TREASURY
Attn: Janet Yellen, Treasury Secretary
1500 Pennsylvania Ave, NW
Address

Washington, D.C. 20220
City, State, Zip

Phone

**Check your email.** You will receive information and documents at this email address.

Email

I am [ ] Plaintiff/Petitioner        [ ] Defendant/Respondent

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH, CENTRAL DIVISION

Court Address 351 S. West Temple, Rm 1.100, SLC, Utah 84101

| UNITED STATES OF AMERICA<br>Plaintiff/Petitioner<br><br>v.<br><br>GORDON HUNTER PEDERSEN/Gordon Hunter Pedersen (Federal Person)<br>Defendant/Respondent | **Notice of Change of Address and/or Contact Information**<br><br>~~2:20-cr-00216; 2:20-cv-00279-DBB~~<br>Case Number<br><br>DAVID BARLOW<br>Judge<br><br>Commissioner (domestic cases) |
|---|---|

I am the   [ ] Plaintiff/Petitioner   [ ] Defendant/Respondent

Please take notice that my address and/or contact information has changed. My new address and contact information are:

C/O U.S. DEPARTMENT OF THE TREASURY
Attn: Janet Yellen, Treasury Secretary
1500 Pennsylvania Ave. NW
Washington, D.C. 20220
Address

_____
City, State, Zip

_____
Phone

_____
Email

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at _____ (city, and state or country).

June 21, 2021                      Signature ▶  By: GORDON HUNTER PEDERSEN without prejudice; UCC 1-308
Date

                                   Printed Name  By: GORDON HUNTER PEDERSEN without prejudice; UCC 1-308

## Certificate of Service

I certify that I filed with the court and am serving a copy of this Notice of Change of Address and/or Contact Information on the following people.

| Person's Name | Service Method | Service Address | Service Date |
|---|---|---|---|
| DAVID BARLOW, et al<br><br>NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL | [X] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | 351 S. West Temple, Rm 1.100<br><br>SLC, UT 84101 | June 28, 2021 |
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |

Signature ▶ By: GORDON HUNTER PEDERSEN without prejudice; UCC 1-308

Date

Printed Name By: GORDON HUNTER PEDERSEN without prejudice; UCC 1-308



PRAIRIE STAR NATIONAL

c/o 3965 Bethel Road #244
Port Orchard, Washington
Postal Code 98366

TACOMA WA 983
OLYMPIA WA
4 AUG 2021 PM 4 L

Judge Barlow
35 S. West Temple
SLC, UT 84101

84101-150859