IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| vs. | |
| GORDON HUNTER PEDERSEN | Case No: 2:20-cr-216 |

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David Barlow | Brian Williams/Jacob J. Strain | Pro Se |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| March 13-18, 2024 | | Tracy Schofield |

| GOV. NO. | DESCRIPTION OF EXHIBITS | STIP. | DATE OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 | Audio clips of Gordon Pedersen Interview Recorded April 28, 2020 (AV-GP-75-00001 to AV-GP-75-00003) | | | | | | |
| 2 | Docket Entry 13: 09/14/2020 **SEALED DOCUMENT** Summons Returned Unexecuted in case as to Gordon Hunter Pedersen. (jrj) (Entered: 09/16/2020) | | | | | | |
| 3 | Docket Entry 14: Correspondence from defendant Gordon Pedersen as to Gordon Hunter Pedersen. (jl) (Entered: 05/25/2021) | | | | | | |
| 4 | Photos of Recording Room (PH-01-00186; PH-01-00192; PH-01-00198; PH-01-00274; PH-01-00276; PH-01-00322; PH-01-00362; PH-01-00408; PH-01-00412) | | | | | | |

| GOV. NO. | DESCRIPTION OF EXHIBITS | STIP. | DATE OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 5 | Photo of Degrees on Wall (PH-01-00188; PH-01-00390; PH-01-00389) | | | | | | |
| 6 | Citation from DOPL (BG-UDOC-GP-01-00001 to BG-UDOC-GP-01-00001.03) | | | | | | |
| 7 | Video clips of MDS website (SM-MDS-01-00281; SM-MDS-01-00285) | | | | | | |
| 8 | MDS Business Entity Search on Utah.gov (MACU record) (FI-MACU-MDS-01-00001) | | | | | | |
| 9 | MDS Articles of Incorporation (IB-MDS-02-00003 to IB-MDS-02-00003.02) | | | | | | |
| 10 | Utah Department of Commerce report 01/17/2020 (IB-MDS-02-00005 to IB-MDS-02-00005.02) | | | | | | |
| 11 | MDS Sales Tracker (BR-MDS-03-00001) | | | | | | |
| 12 | The Silver Miracle Book (INV-UC-01-00035 to INV-UC-01-00126) | | | | | | |
| 13 | Photos of interstate mailings from MDS in Utah to undercover agent in Kansas. (INV-UC-01-00179; INV-UC-01-00180; INV-UC-01-00182; INV-UC-01-00184; INV-UC-01-00189; INV-UC-01-00192; INV-UC-01-00194; INV-UC-01-00195) | | | | | | |
| 14 | Email correspondence w/ undercover agent re coronavirus (INV-UC-01-00213 to INV-UC-01-00214) | | | | | | |

| GOV. NO. | DESCRIPTION OF EXHIBITS | STIP. | DATE OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 15 | GP Silver LLC Zions Bank account records and statements (FI-ZB-GPS-01-00001; FI-ZB-GPS-01-00002; FI-ZB-GPS-01-00004 to FI-ZB-GPS-01-00004.142) | | | | | | |
| 16 | Gordon Pedersen Zions Bank account records and statements (FI-ZB-GP-01-00001 to FI-ZB-GP-01-00002.154) | | | | | | |
| 17 | Utah State University records (ER-USU-GP-01-00004 to ER-USU-GP-01-00004.07) | | | | | | |
| | University of Utah records (ER-UU-GP-01-00001) | | | | | | |
| 18 | News Article/Advertisement from February 3, 2020 (FDA-01-00589 to FDA-01-00590) | | | | | | |
| 19 | $350 check to Ann-Aubrey Reid (IP-AR-01-00005) | | | | | | |
| 20 | Report Written by Ann-Aubrey Reid (IP-AR-02-00140) | | | | | | |
| | Photos from Ann-Aubrey Reid (IP-AR-02-00141 to IP-AR-02-00142) | | | | | | |
| 21 | Clips of January 30, 2020 YouTube video entitled, "Coronavirus Best Solution! Hand Sanitizers! Structured Silver Gel from Dr. Gordon Pedersen" (AV-GP-71-0001) | | | | | | |
| 22 | Clips of February 14, 2020 YouTube Video (AV-GP-69-0001) | | | | | | |
| 23 | Clips of February 16, 2020 YouTube video (AV-GP-36-00002) | | | | | | |

| GOV. NO. | DESCRIPTION OF EXHIBITS | STIP. | DATE OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 24 | Clips of February 25, 2020 Facebook video (AV-GP-03-00002) | | | | | | |
| 25 | Clips of February 25, 2020 YouTube video (AV-GP-72-00001) | | | | | | |
| 26 | Clips of February 26, 2020 YouTube video (AV-GP-38-00003) | | | | | | |
| 27 | Clips of April 13, 2020 YouTube Radio Interview (AV-GP-73-00001) | | | | | | |
| 28 | Clips of April 23, 2020 YouTube Video (AV-GP-74-00001) | | | | | | |
| 29 | Clips of Podcast with Rachel Feldman (AV-HHP-01-0001) | | | | | | |
| 30 | Photos of Gordon Pedersen at the gas station (SW-02-00001.10 to SW-02-00001.11) | | | | | | |
| 31 | MBI Nutraceutical Labels for My Doctor Suggests (BR-MBI-01-03644 to BR-MBI-01-03673; BR-MBI-01-03677 to BR-MBI-01-03701) | | | | | | |

The United States reserves the right to amend this exhibit list should circumstances change. Additional exhibits may be added. Notification of additional exhibits will be made to defendant as they become known at a reasonable time before trial.

    Respectfully submitted,

    TRINA A. HIGGINS
    United States Attorney

    */s/ Jacob J. Strain*
    JACOB J. STRAIN
    Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document and attachments to be served on the *pro se* defendant in this case by mailing them to the following address:

Salt Lake County Metro Jail
Attn: Gordon Pedersen, Inmate#:442469
3415 S. 900 W.
Salt Lake City, UT 84119

*/s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney