# UNITED STATES DISTRICT COURT

CENTRAL DIVISION,   DISTRICT OF   UTAH

## EXHIBIT LIST

United States of America
V.
Gordon Hunter Pedersen

Case Number:  2:20-cr-216

| PRESIDING JUDGE<br>Honorable David Barlow | PLAINTIFF'S ATTORNEY<br>Brian Williams/Jacob J. Strain | DEFENDANT'S ATTORNEY<br>Pro Se |
|---|---|---|
| TRIAL DATE (S)<br>March 13-18, 2024 | COURT REPORTER | COURTROOM DEPUTY<br>Tracy Schofield |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Audio clips of Gordon Pedersen Interview [AV-GP-75-00001 to AV-GP-75-00003] |
| 2 | | | | | Docket Entry 13: 09/14/2020 **SEALED DOCUMENT** Summons Returned Unexecuted in case as to Gordon Hunter Pedersen (jrj) (Entered: 09/16/2020) |
| 3 | | | | | Docket Entry 14: Correspondence from defendant Gordon Pedersen as to Gordon Hunter Pedersen. (jl) (Entered: 05/25/2021) |
| 4 | | | | | Photos of Recording Room [PH-01-00186; PH-01-00192; PH-01-00198; PH-01-00274; PH-01-00276; PH-01-00322; PH-01-00362; PH-01-00408; PH-01-00412] |
| 5 | | | | | Photo of Degrees on Wall [PH-01-00188; PH-01-00390; PH-01-00389] |
| 6 | | | | | Citation from DOPL [BG-UDOC-GP-01-00001 to BG-UDOC-GP-01-00001.03] |
| 7 | | | | | Video clips of MDS website [SM-MDS-01-00281 and SM-MDS-01-00285] |
| 8 | | | | | MDS Business Entity Search on Utah.gov (MACU record) [FI-MACU-MDS-01-00001] |
| 9 | | | | | MDS Articles of Incorporation [IB-MDS-02-00003 to IB-MDS-02-00003.02] |
| 10 | | | | | Utah Department of Commerce report 01/17/2020 [IB-MDS-02-00005 to IB-MDS-02-00005.02] |
| 11 | | | | | MDS Sales Tracker [BR-MDS-03-00001] |
| 12 | | | | | The Silver Miracle Book [INV-UC-01-00035 to INV-UC-01-00126] |
| 13 | | | | | Photos of interstate mailings from MDS in Utah to undercover agent in Kansas. [INV-UC-01-00179; INV-UC-01-00180; INV-UC-01-00182; INV-UC-01-00184; INV-UC-01-00189; INV-UC-01-00192; INV-UC-01-00194; INV-UC-01-00195] |
| 14 | | | | | Email correspondence w/ undercover agent re coronavirus [INV-UC-01-00213 to INV-UC-01-00214] |
| 15 | | | | | GP Silver LLC Zions Bank account records and statements [FI-ZB-GPS-01-00001; FI-ZB-GPS-01-00002; FI-ZB-GPS-01-00004 to FI-ZB-GPS-01-00004.142] |
| 16 | | | | | Gordon Pedersen Zions Bank account records and statements [FI-ZB-GP-01-00001 to FI-ZB-GP-01-00002.154] |
| 17 | | | | | Utah State University records [ER-USU-GP-01-00004 to ER-USU-GP-01-00004.07] |
| 18 | | | | | University of Utah records [ER-UU-GP-01-00001] |
| 19 | | | | | News Article/Advertisement from February 3, 2020 [FDA-01-00589 to FDA-01-00590] |
| 20 | | | | | $350 check to Ann-Aubrey Reid [IP-AR-01-00005] |
| 21 | | | | | Report Written by Ann-Aubrey Reid (IP-AR-02-00140) |
| 22 | | | | | Photos from Ann-Aubrey Reid (IP-AR-02-00141 to IP-AR-02-00142) |
| 23 | | | | | Video clip of January 30, 2020, YouTube video entitled, "Coronavirus Best Solution! Hand Sanitizers! Structured Silver Gel from Dr. Gordon Pedersen" [AV-GP-71-00001] |
| 24 | | | | | Screenshot of YouTube Video Entitled "Malaria Solution Study by Dr. Gordon Pedersen" [AV-GP-36-0001] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT LIST – CONTINUATION

| United States of America | vs. | Gordon Hunter Pedersen | CASE NO. 2:20-cr-216 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 25 | | | | | Video clip of February 14, 2020, YouTube video entitled, "Coronavirus and Structured Silver discussion with Dr. Gordon Pedersen by Dr Paul Cottrell" [AV-GP-69-00001] |
| 26 | | | | | Video clips of February 16, 2020, YouTube video entitled, "Malaria Solution Study by Dr Gordon Pedersen" [AV-GP-36-00002] |
| 27 | | | | | Video clips of February 25, 2020, Facebook Video entitled "Conversation about upcoming FLU(Influenza), COLD, Viruses and more…and How You Can Prot…" [AV-GP-03-00002] |
| 28 | | | | | Video clips of February 25, 2020, YouTube Video entitled "Interview with Dr. Gordon Pedersen, Silver Expert" [AV-GP-72-00001] |
| 29 | | | | | Video clips of February 26, 2020, YouTube Video entitled "Alkaline Structured Silver vs Colloidal Silver" [AV-GP-38-00003] |
| 30 | | | | | Video clips of April 23, 2020, YouTube Video entitled "#573 | Why Alkaline Silver can be a Solution to many Health Problems, EVEN VIRUSES!" [AV-GP-73-00001] |
| 31 | | | | | Video clip of YouTube video entitled "How to Boost Immune System with Dr. Gordon Pedersen [AV-GP-74-00001] |
| 32 | | | | | Video clips of Podcast with Rachel Feldman entitled "36: Corona Virus Explained: Empower Yourself and Take Charge of Health with Dr. Gordo…" [AV-HHP-01-00001] |
| 33 | | | | | Photos of Gordon Pedersen at the gas station [SW-02-00001.10 to SW-02-00001.11] |
| 34 | | | | | MB Nutraceutical Labels for My Doctor Suggests [BR-MBI-01-03644 to BR-MBI-01-03673]; [BR-MBI-01-03677 to BR-MBI-01-03701] |
| 35 | | | | | MDS Statement in Advance of Plea [BG-MDS-01-00010BG to MDS-01-00010.07] |
| 36 | | | | | Physical MDS mailing and products sent to undercover agent |
| 37 | | | | | Emails between Ms. Reid and Gordon Pedersen [IP-AR-03-00001 IP-AR-03-00002.03] |
| 38 | | | | | Pedersen, Gordon (Silver Solution Brochure) [BG-GP-02-00010] |
| 39 | | | | | Photos of purchased Silver Solution products by Ms. Lynch from My Doctor Suggests [BG-JL-01-0002] |
| 40 | | | | | Screenshot taken by William Hannah of My Doctor Suggests order [FDA-02-00061] |

Page    2    of    2    Pages